IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | 3:04CR00053 |
| ALVAN DEVON HOLT | ) | |

FILED
IN COURT
CHARLOTTE, N. C.

JUN - 7 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

ORDER AND JUDGMENT

OSTEEN, District Judge

For the reasons stated in the memorandum opinion filed this same day,

IT IS ORDERED that Defendant's Motion to Invalidate the Search Warrant and Suppress Evidence [Doc. No. 24] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that the charges against the Defendant Alvan Devon Holt should be and are hereby DISMISSED.

This the 7th day of June 2005.

_____
United States District Judge