# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO: 3:04CR53

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **ALVAN DEVON HOLT,** ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a letter from Alvan Devon Holt, received by the Court on November 3, 2005 (the "Letter") (Document No. 39). In the Letter, Mr. Holt asks for a bond review hearing.

The record reflects that Mr. Holt is represented by appointed counsel, Steven T. Meier. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Holt has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Holt's request for a bond review hearing is **DENIED** without prejudice to Mr. Holt's right to re-file the motions, if appropriate, through his attorney. The Clerk is directed to include a copy of Mr. Holt's letter with the copy of this Order forwarded to Mr. Meier.

**Signed: November 10, 2005**

_____
David C. Keesler
United States Magistrate Judge